TRINETTE G. KENT (State Bar No. 222020)
3219 East Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Jennifer Brock

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Jennifer Brock,<br><br>               Plaintiff,<br><br>   vs.<br><br>Credit One Financial d/b/a Credit One Bank; and Equifax, Inc.,<br><br>               Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>**FOR VIOLATIONS OF:**<br>   **1. THE FAIR CREDIT REPORTING ACT**<br><br>**JURY TRIAL DEMANDED** |

For this Complaint, Plaintiff, Jennifer Brock, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA").

2. Jurisdiction of this court arises under the Fair Credit Reporting Act ("FCRA") 15 U.S.C. §1681, *et seq.*, and 28 U.S.C. §§1331, 1337.

3. This is an action brought by a consumer for violations of the FCRA.

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district and/or where Defendant transacts business in this district.

## PARTIES

5. Plaintiff, Jennifer Brock ("Plaintiff"), is an adult individual residing in Orangevale, California, and is a "consumer" as the term is defined by 15 U.S.C. § 1681a(c).

6. Defendant, Credit One Financial d/b/a Credit One Bank ("Credit One"), is a Nevada business entity with a principal place of business located in Las Vegas, Nevada.  Credit One is a creditor who furnishes consumer information to Equifax.

7. Defendant, Equifax, Inc. ("Equifax"), is a Georgia business entity with an address of 1550 Peachtree Street N.W., Atlanta, Georgia, operating as a consumer

reporting agency as the term is defined by 15 U.S.C. § 1681(a)(f) of the FCRA. Equifax is regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined by 15 U.S.C. § 1681(a)(d), to third parties.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

8. In or around 2016, Plaintiff allegedly incurred a deposit account debt to Credit One (the "Debt").

9. On or about December 16, 2016, the Debt was satisfied in full.

10. Thereafter, Plaintiff discovered that the Debt was being negatively reported on her Equifax credit report.

11. In or around April of 2018, Plaintiff disputed the Debt with Equifax, explaining that the Debt was fully resolved with Credit One.

12. Upon information and belief, Equifax forwarded Plaintiff's dispute to Credit One.

13. Defendants responded that the information being reported to Equifax was accurate.

14. To date, Defendants continue to report the Debt as owing.

15. Upon Plaintiff's notification that the Debt was disputed and request that it be corrected, and in accordance with its standard procedures, Equifax did not evaluate or consider any of Plaintiff's information, claims, or evidence, and did not

make any attempt to substantially or reasonably verify Credit One's representations regarding the Debt.

16. Similarly, upon receipt of Plaintiff's notification that the Debt was disputed and should be corrected, and in accordance with its standard procedures, Credit One did not evaluate or consider any of Plaintiff's information, claims, or evidence, and did not make any attempt to substantially or reasonably verify the Debt.

## COUNT I

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, *et seq.* by THE DEFENDANTS

17. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

18. In the entire course of their actions, Defendants willfully and/or negligently violated multiple provisions of the FCRA in one or more of the following respects:

　　a.　Equifax violated 15 U.S.C. § 1681e(b) by failing to implement and/or follow "reasonable procedures to assure maximum possible accuracy" of the information they publish in consumer credit reports.

　　b.　Equifax violated 15 U.S.C. § 1681i by failing to delete or correct inaccurate information in Plaintiff's credit file after having received actual notice of such inaccuracies; by failing to conduct lawful reinvestigation; by failing to forward all relevant information to Credit One; by failing to maintain

reasonable procedures with which to filter and verify disputed information in Plaintiff's credit file; and by relying on verification from a source it has reason to know is unreliable.

c.  Credit One violated 15 U.S.C. § 1681s-2(b) by willfully and/or negligently failing to conduct an investigation with respect to the disputed information; by failing to review all relevant information provided by the consumer reporting agency pursuant to section 1681i; and by failing to modify, delete, or permanently block the disputed information.

19. Defendants' conduct, action, and inaction was willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

20. In the alternative, Defendants' conduct was negligent, entitling Plaintiff to recover damages under 15 U.S.C. § 1681o.

21. As a result of Defendants' conduct, action, and inaction, Plaintiff suffered damages by loss of the ability to purchase and benefit from credit and the mental and emotional pain, humiliation, and embarrassment of credit denials.

22. Plaintiff is entitled to recover costs and attorneys' fees from Defendants in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants for:

A. Statutory damages pursuant to 15 U.S.C. § 1681;

B. Attorneys' fees and costs pursuant to 15 U.S.C. § 1681;

C. Actual damages for all damages including emotional distress suffered as a result of the intentional, reckless, and/or negligent FCRA violations in an amount to be determined at trial;

D. Punitive damages; and

E. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

DATED: July 13, 2018                    TRINETTE G. KENT

By: ___/s/   Trinette G. Kent___
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Jennifer Brock

COMPLAINT FOR DAMAGES