Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Tuan V. Uong (SBN 272447)
tuong@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Attorneys for Defendant
CREDIT ONE BANK, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

JENNIFER BROCK,

Plaintiff,

vs.

CREDIT ONE FINANCIAL D/B/A CREDIT ONE BANK; and EQUIFAX, INC.,

Defendants.

Case No. 2:18-cv-01937-KJM-EFB

**ORDER TO EXTEND TIME TO FILE ANSWER**

Hon. Kimberly J. Mueller

Current Response Date: 08/16/2018
New Response Date: 09/17/2018

Upon review of Plaintiff and Credit One's Stipulation to Extend Time to Respond to the Complaint, and with good cause appearing, it is hereby ordered that Credit One may file its response to Plaintiff's Complaint by September 17, 2018.

Dated: August 20, 2018.

UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware