1 Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
2 Tuan V. Uong (SBN 272447)
tuong@reedsmith.com
3 REED SMITH LLP
355 South Grand Avenue, Suite 2900
4 Los Angeles, CA 90071
Telephone: +1 213 457 8000
5 Facsimile: +1 213 457 8080

6 Attorneys for Defendant
CREDIT ONE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER BROCK,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE FINANCIAL D/B/A CREDIT ONE BANK; and EQUIFAX, INC.,<br><br>Defendants. | Case No. 2:18-cv-01937-KJM-EFB<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Kimberly J. Mueller<br><br>Current Response Date: 09/17/2018<br>New Response Date: 10/17/2018 |

Upon review of Plaintiff and Credit One's Stipulation to Extend Time to Respond to the Complaint, and with good cause appearing, it is hereby ordered that Credit One may file its response to Plaintiff's Complaint by October 17, 2018.

Dated: September 24, 2018

_____
UNITED STATES DISTRICT JUDGE